RECEIVED
IN CLERK'S OFFICE
MAR 1 1 2016
U.S. DISTRICT COURT
MID. DIST. TENN.

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

RAFAEL EDWARD CRUZ,

PLAINTIFF

CASE NO._____

V.

DONALD JOHN TRUMP,

DEFENDANT

## EMERGENCY MOTION FOR PRELIMINARY INJUNCTION

## TEMPORARY RESTRAINING ORDER, TRO

The Plaintiff mr. Cruz, pro-se, seeks a restraining order against Donald Trump running for president of the united states. Donald Trump secretly converted to islam and he is a terrorist infiltrating the American soil and once he becomes president, he plans to release the nuclear football for global war and Trump plans to nominate ISIS agents to work in his cabinent to destroy our beautiful country, this is a danger to our great country. Trump plans to united anonoymous and wikileaks into 1 global hacking entity and destroy Americas credit , so all americans money gets funneled into 1 slush account belonging to Donald trump, Donald Trump idolizes Biff from back to the future and plans to make America into one gigantic gambling mecca causing our society into trillions of debt. Donald Trump plans to indoctrinate our children in public schools how to gamble.

## RESTRAINING ORDER

Donald Trump must be stopped immediately and this court has jurisdiction to prevent Donald Trump from being on the presidential ballot in Tennessee and nationwide, this is what I seek.I Seek Donald trump to stop running for president and a full investigation in Trumps terror ties. God Bless America

Respectfully,                   [signature] 3/4/16
_____

Rafael Edward Cruz

Po box 1488

Philadelphia, Pa 19106

RAFAEL CRUZ
P.O. BOX 1488
PHILADELPHIA, PA 19106

RECEIVED IN CLERKS OFFICE
MAR 11 2016
U.S. DISTRICT COURT
MID. DIST. TENN.

United States District Court
801 Broadway
Nashville, TN 37203