UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RAFAEL EDWARD CRUZ ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | No. 3:16-0560 |
| ] | Judge Trauger |
| DONALD JOHN TRUMP ] | |
| Defendant. ] | |

### O R D E R

The Court has before it a *pro se* Emergency Motion for Preliminary Injunction (Docket Entry No. 1). The plaintiff has neglected, however, to either pay the fee required for the filing of the Motion or submit a properly completed application to proceed in forma pauperis.

Accordingly, the plaintiff is hereby GRANTED thirty (30) days from the date of entry of this order on the docket in which to either pay the civil filing fee of four hundred dollars ($400.00) or submit an application to proceed in forma pauperis.

The plaintiff is forewarned that, should he fail to comply with these instructions within the specified period of time, the Court will presume that he is not a pauper and dismiss the instant action for want of prosecution. Rule 41(b), Fed. R. Civ. P.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge